UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No.07cr1137 JM |
| Plaintiff,         ) | |
| v.                                               ) | Order Granting Joint Motion to Continue |
|                                                     ) | Sentencing Hearing Date [Docket No. 24] |
| MIGUEL MENDOZA-RIVERA,   ) | |
| Defendants.         ) | |

Upon the Joint Motion of Counsel and for good cause being shown, the Sentencing Hearing in this matter, currently scheduled before Hon. Jeffrey T. Miller on November 9, 2007 is hereby continued to ***December 7, 2007 at 9:00 a.m.***

IT IS SO ORDERED.

DATED: November 8, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge